

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,410-01

### EX PARTE ADRIK HOUSTON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-297-W011490-1429561-A IN THE 297TH DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated assault against a family member with a deadly weapon and sentenced to imprisonment for seventy years. The Second District Court of Appeals in Fort Worth affirmed the trial court's judgment. *See Houston v. State,* No. 02-17-00025-CR (Tex. App.—Fort Worth Mar. 1, 2018, no pet.) (mem. op., not designated for publication).

The trial court signed an order designating issues on April 24, 2019. The habeas record has been properly forwarded to this Court by the district clerk pursuant to TEX. R. APP. P. 73.4(b)(5).

However, the record has been forwarded without the trial court having resolved the designated issue(s) in this case. We remand this application to the 297th District Court of Tarrant County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: October 23, 2019
Do not publish